| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JERRY D. SONNIER and ROBIN SONNIER, § § § *Plaintiffs*, § § *versus* § § STATE FARM LLOYDS, § § *Defendant*. § | CIVIL ACTION NO. 1:24-CV-00182 |

## MEMORANDUM AND ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court referred (#5) this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On April 29, 2025, the magistrate judge entered a Report and Recommendation (#21) in which she recommended denying Defendant State Farm Lloyds's Motion for Partial Summary Judgment (#15). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#21) is **ADOPTED**. Defendant State Farm Lloyds's Motion for Partial Summary Judgment (#15) is **DENIED**.

SIGNED at Beaumont, Texas, this 14th day of May, 2025.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE